UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00363-JAD-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON SEALED EX PARTE MOTION TO WITHDRAW AS COUNSEL** |
| JEREMI FAJARDO, | |
| Defendant. | |

This matter is before the Court on Kathryn Newman's Sealed Ex Parte Motion to Withdraw as Counsel (ECF No. 33) filed on August 9, 2019. Upon review and consideration and with good cause appearing, the Court will grant Ms. Newman's request to withdraw as counsel.

IT IS HEREBY ORDERED that Kathryn Newman's Sealed Ex Parte Motion to Withdraw as Counsel (ECF No. 33) is GRANTED.

IT IS FURTHER ORDERED that this matter is referred to the Criminal Justice Act Panel for appointment of counsel.

IT IS FURTHER ORDERED that counsel shall appear at a hearing before the Court on Thursday, August 22, 2019 at 9:30 a.m. in LV Courtroom 3B.

DATED THIS 19th day of August, 2019.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1