NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
brian.whang@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00363-JAD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE RESPONSE TO FILED MOTION** |
| JEREMI FAJARDO, | (***First Request***) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. 4. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Richard Tanasi, counsel for Jeremi Fajardo, that the due date for the Government's Response to Defendant's Motion to Suppress, filed on January 8, 2021, be extended fourteen (14) days from January 22, 2021 to February 5, 2021.

This Stipulation is entered into for the following reasons:

1.  Counsel for the government needs additional time to respond to Defendant's Motion to Supress filed on January 8, 2021.

2.  The government filed a motion to dismiss the indictment on January 19,

1

2021, which may be dispositive of Defendant's motion.

3. The parties agree to the continuance.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first stipulation to be filed herein.

DATED this 22nd day of January, 2021.


NICHOLAS A. TRUTANICH,
United States Attorney


By: /s/ Brian Y. Whang                   By:    /s/ Richard Tanasi
BRIAN Y. WHANG                           RICHARD TANASI
Assistant United States Attorney         Counsel for Jeremi Fajardo

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JEREMI FAJARDO,<br><br>　　　　　　Defendant. | Case No. 2:18-cr-00363-JAD-EJY<br><br>**ORDER** |

## FINDINGS OF FACT

1. Counsel for the government needs additional time to respond to Defendant's Motion to Supress filed on January 8, 2021.

2. The government filed a motion to dismiss the indictment on January 19, 2021, which may be dispositive of Defendant's motion.

3. The parties agree to the continuance.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first stipulation to be filed herein.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

### ORDER

IT IS THEREFORE ORDERED that the Government herein shall have to and including February 5, 2021, to file any and all Responses to Defendant's Motion to Suppress.

DATED this 22nd day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE