# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　Plaintiff<br><br>v.<br><br>Jeremi Fajardo,<br><br>　　　Defendant | Case No.: 2:18-cr-00363-JAD-EJY<br><br>**Order Dismissing Case and<br>Ordering Release of Defendant**<br><br>[ECF Nos. 97, 98, 100] |

　　　Jeremi Fajardo is charged in this case with a single count of being a felon in possession of a firearm.  The government now moves to dismiss the indictment under Federal Rule of Criminal Procedure 48(A),[1] and Fajardo has filed a notice of non-opposition.[2]　Good cause appearing,

　　　IT IS HEREBY ORDERED that the Government's Motion to Dismiss Criminal Indictment **[ECF No. 98] is GRANTED**, the indictment in this case is dismissed without prejudice, **and Jeremi Fajardo must be immediately released from custody on this matter.**

　　　IT IS FURTHER ORDERED THAT **all pending motions and stipulations [ECF Nos. 97, 100] are DENIED as moot.**

Dated: January 22, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 98.
[2] ECF No. 99.